UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: Rodney Dale Evans

*Debtor(s),*

Chapter 13

Case No.  15-60325

Judge Laura K. Grandy

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC
STAY, PROVISION DIRECTING RESPONSE THERETO,
AND SETTING HEARING ON OBJECTIONS, IF ANY**

The above captioned persons shall take notice that a Motion or other request to lift the Automatic Stay in the above captioned bankruptcy has been mailed this date to the U.S. Bankruptcy Court for the Southern District of Illinois, U.S. Bankruptcy Court, **301 West Main Street, Benton, Illinois 62812**.  A copy is attached hereto.

Any objections to the attached Motion must be filed with the Court on or before the **23rd day of October 2015**, with a copy forwarded to Pierce & Associates, P.C., 1 North Dearborn, #1300, Chicago, IL 60602.

If no objections to the relief sought are timely filed, the Court will enter an Order granting the Motion.

In the event an objection is filed, a Preliminary Hearing on the Motion will be held before the Court at  9:00 a.m. on the **4th day of November 2015** at U.S. Bankruptcy Court, Melvin Price U.S. Bankruptcy Court. **301 West Main Street, Benton, Illinois 62812**.  If a party fails to appear in person or by counsel, the Court may proceed with the scheduled hearing and may enter an appropriate order or judgment, including dismissal of the pending motion.

Midland States Bank

/s/Cheryl Considine
Cheryl Considine
ARDC#6242779
Pierce & Associates, P.C.
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: Rodney Dale Evans

*Debtor(s),*

Chapter 13

Case No.  15-60325

Judge Laura K. Grandy

CERTIFICATE OF SERVICE

I, the undersigned, Attorney, Certify that a copy of the attached <u>Notice of Time For Objecting and a copy of the Attached Motion to Modify Stay</u> was served to the addresses attached by electronic notice through ECF or depositing the same in the United States Mail at 1 North Dearborn Street, #1300, Chicago, Illinois 60602, at or before 5:00 p.m., on October 9, 2015, with proper postage prepaid.

<u>/s/Cheryl Considine</u>
Cheryl Considine
ARDC#6242779

Pierce & Associates, P.C.
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

NOTICE OF MOTION ADDRESSES

To Trustee:
Robert Kearney
104 W. Main Street
Benton, IL 62812
**by Electronic Notice through ECF**

To U.S. TRUSTEE:
401 Main Street
Suite 1100
Peoria, Illinois 61602
**by Electronic Notice through ECF**

To Debtor:
Rodney Dale Evans
2321 Marion Avenue
Mattoon, IL 61938
**by U.S. Mail**

To Attorney:
Roy J. Dent
Orr Law Inc.
622 Jackson Avenue
Charleston, IL 61920
**by Electronic Notice through ECF**

Pierce & Associates, P.C.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

File Number: 251541