# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:  

Rodney Dale Evans

    Debtor(s)

Midland States Bank

    Movant(s),  
vs.

Rodney Dale Evans and Bob G Kearney, Trustee

    Defendant(s).

In Proceedings  
Under Chapter 13

BK 15−60325−lkg

## ORDER GRANTING RELIEF FROM STAY

This matter is before the Court on a motion for relief from automatic stay filed on 10/9/2015; it appearing to the Court

- ☑ that the debtor has not filed an objection and/or has consented to the motion;
- ☑ that the Trustee has not filed an objection and/or has consented to the motion;
- ☐ other:

Accordingly, **IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted. The provision in Bankruptcy Rule 4001 (a) (3) staying for fourteen days an order granting a motion for relief from stay is hereby waived.

ENTERED: October 26, 2015

/s/ Laura K. Grandy  
UNITED STATES BANKRUPTCY JUDGE